UNITED STATES of America, Plaintiff—Appellee,

v.

Brooks James TERRELL, Defendant—Appellant.

No. 10–6551.

United States Court of Appeals, Fourth Circuit.

Submitted: June 17, 2010.

Decided: June 28, 2010.

Brooks James Terrell, Appellant Pro Se. David Calhoun Stephens, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brooks James Terrell appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Terrell,* No. 7:99–cr–00610–HMH–1 (D.S.C. Mar. 16, 2010). We dispense with oral argument because

the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*